IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| John Longhurst, | : <br> : <br> : Civil Action No.: 1:12-cv-12857-TLL-CEB <br> : |
| Plaintiff, | : |
| v. | : <br> : |
| Enhanced Recovery Company, LLC; and DOES 1-10, inclusive, | : <br> : <br> : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: July 27, 2012

                                            Respectfully submitted,

                                            By   /s/ Sergei Lemberg

                                            Sergei Lemberg, Esq.
                                            LEMBERG & ASSOCIATES L.L.C.
                                            1100 Summer Street, 3rd Floor
                                            Stamford, CT 06905
                                            Telephone: (203) 653-2250
                                            Facsimile: (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 27, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By /s/ Sergei Lemberg
                                                       Sergei Lemberg, Esq.